| | |
|---|---|
| RACHEL C. HERNANDEZ<br>Acting United States Attorney<br>District of Arizona<br>LOUIS C. UHL<br>Assistant U.S. Attorney<br>Arizona State Bar No. 021621<br>7102 E. 30th Street, Suite 101<br>Yuma, Arizona 85365<br>Telephone: 928-314-6410<br>Email: Louis.Uhl@usdoj.gov<br>Attorneys for Plaintiff | ☒ FILED   ☐ LODGED<br>**2/27/25**<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Bruce Isau Martinez,<br><br>Defendant. | CR-25-312-PHX-JFM<br>No. 25-MJ-01273-JFM<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1<br><br>18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)<br>Count 2<br><br>8 U.S.C. § 1324(b),<br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about February 25, 2025, in the District of Arizona, the defendant, BRUCE ISAU MARTINEZ, knowing and in reckless disregard of the fact that certain aliens, Jordy Shalim Martinez-Martinez and Jesus Alberto Valles-Manriquez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

## COUNT 2

Beginning on an unknown date and continuing up to and including February 25, 2025, in the District of Arizona and elsewhere, defendant BRUCE ISAU MARTINEZ did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before February 15, 2025, unknown co-conspirators in Mexico brought Jordy Shalim Martinez-Martinez and Jesus Alberto Valles-Manriquez to the Mexican border with the United States, with the purpose that Jordy Shalim Martinez-Martinez and Jesus Alberto Valles-Manriquez would enter the United States, knowing and in reckless disregard of the fact that Jordy Shalim Martinez-Martinez and Jesus Alberto Valles-Manriquez did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about February 15, 2025, defendant BRUCE ISAU MARTINEZ transported Jordy Shalim Martinez-Martinez and Jesus Alberto Valles-Manriquez in a vehicle within the District of Arizona to facilitate Jordy Shalim Martinez-Martinez and Jesus Alberto Valles-Manriquez's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

The United States realleges and incorporates the allegations of Count 1 of this Information, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States

Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Information, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense, a 2023 Ford 150, Vin # 1FTEW1CP0PKD11686, CA LP 49381S3.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

Dated this 19th day of February, 2025.

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

*Louis Uhl*

LOUIS C. UHL
Assistant U.S. Attorney